BRADLEY *et al. v.* THE BANK OF THE STATE, &c.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—The judgment in this case must be the same as that rendered in the next preceding case, between the same parties, and for the reasons therein given.

*Oscar B. Hord* and *D. S. Major,* for the appellants.

*Thos. A. Hendricks* and *McDonald & Roache,* for the appellee.